AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| Robert Jackson<br>*Plaintiff*<br>v.<br>SCDC, Dr. McCree, Dr. Pate, Lee Infirmary,<br>Nurse Capadonia and Nurse Blackwell<br>*Defendant* | Civil Action No.   4:19-cv-2169-TMC |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ This case is dismissed without prejudice for failure to prosecute under Federal Rule of Civil Procedure 41(b).

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge.

Date:  June 9, 2020                                       *CLERK OF COURT*

                                                          s/Debbie Stokes
                                                          _____
                                                          *Signature of Clerk or Deputy Clerk*